IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:22-CR-00368-ECM-KFP |
| | ) | [18 U.S.C. § 922(g)(1); |
| JOHN ROBERT WHYTE | ) | 18 U.S.C. § 471] |
| | ) | |
| | ) | INFORMATION |

The United States Attorney charges:

## COUNT 1
(Possession of a Firearm by a Convicted Felon)

On or about December 17, 2021, in Dale County, within the Middle District of Alabama, the defendant,

## JOHN ROBERT WHYTE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is: a Ruger, model AR-556, 5.56mm semiautomatic rifle; a Marlin, model XT-17, .17HMR caliber bolt action rifle; a Charles Daly, model CDD-15, 5.56mm, semiautomatic rifle; a Ruger, model LCR, .22 caliber revolver; and ammunition, and the firearms and ammunition were in and affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
(Manufacturing Counterfeit Obligations)

From on or about November 19, 2021, through on or about December 16, 2021, in Dale County and elsewhere, within the Middle District of Alabama, the defendant,

## JOHN ROBERT WHYTE,

with intent to defraud, counterfeited an obligation of the United States, that is, a falsely made,

forged and counterfeited U.S. Treasury Savings Bond, serial number V2202043EE, with face value $5,000.00, all in violation of Title 18, United States Code, Section 471.

## FORFEITURE ALLEGATION

A.  The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B.  Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 1 of this Indictment, the defendant,

JOHN ROBERT WHYTE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses in violation of Title 18, United States Code, Section 922(g)(1). The property includes, but is not limited to a Ruger, model AR-556, 5.56mm semiautomatic rifle; a Marlin, model XT-17, .17HMR caliber bolt action rifle; a Ruger, model LCR, .22 caliber revolver; and ammunition.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to, or deposited with, a third party;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United

States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

SANDRA J. STEWART
UNITED STATES ATTORNEY

*/s/ Megan J. Kirkpatrick*
Megan A. Kirkpatrick
Assistant United States Attorney

*/s/ Russell T. Duraski*
Russell T. Duraski
Assistant United States Attorney